```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30469
    SANDRA EVANS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-9006


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/03/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.40%.

     The case was paid in full 11/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID

------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED          8225.00        753.84        8225.00
AMERICREDIT FINANCIAL SV  UNSECURED        4465.09           .00        1000.00
INTERNAL REVENUE SERVICE  PRIORITY         4966.15           .00        4966.15
AMERICAS FINANCIAL CHOIC  UNSECURED        1258.05           .00         281.76
BANK ONE                  UNSECURED      NOT FILED           .00             .00
BARR MANAGEMENT           UNSECURED         543.02           .00         121.62
BROTHER LOAN & FINANCE    UNSECURED         516.00           .00         115.57
CAPITAL ONE               UNSECURED         833.53           .00         186.67
VAN RU CREDIT CORPORATIO  NOTICE ONLY    NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00             .00
CROSS COUNTRY BANK        UNSECURED      NOT FILED           .00             .00
FIRST EXPRESS             UNSECURED        1088.69           .00         243.83
CARDHOLDER SERVICES       UNSECURED         973.84           .00         218.10
PREMIER BANCARD CHARTER   UNSECURED         517.95           .00         116.00
GINNYS                    UNSECURED         393.61           .00          88.15
JEF FISHER                UNSECURED      NOT FILED           .00             .00
LASALLE BANK              UNSECURED      NOT FILED           .00             .00
AMERICASH LOANS LLC       UNSECURED         610.39           .00         136.70
ORCHARD BANK              UNSECURED      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00           .00             .00
SIR FINANCE               UNSECURED        1292.00           .00         289.36
SONIC COAST LINE CREDIT   UNSECURED      NOT FILED           .00             .00
TCF BANK                  UNSECURED      NOT FILED           .00             .00
GE AUTO FINANCIAL SERVIC  UNSECURED      NOT FILED           .00             .00
QC HOLDINGS INC           UNSECURED         580.00           .00         129.90
SURETY FINANCE CORP       UNSECURED      NOT FILED           .00             .00
FIRST CONSUMERS           UNSECURED      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          53.08           .00          11.89
AAA CHECKMATE             UNSECURED OTH    285.36           .00          55.11
ROUNDUP FUNDING LLC       UNSECURED        1604.47           .00         359.34
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                       1,325.90

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30469 SANDRA EVANS
```

```
DEBTOR REFUND           REFUND                                      307.55

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                21,632.44

PRIORITY                                        4,966.15
SECURED                                         8,225.00
     INTEREST                                     753.84
UNSECURED                                       3,354.00
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,325.90
DEBTOR REFUND                                     307.55
                      ---------------      ---------------
TOTALS                 21,632.44                21,632.44
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 30469 SANDRA EVANS